TUCKER ELLIS & WEST LLP
EVAN NELSON (SBN 172957)
TIMOTHY C. CONNOR (SBN 236529)
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
Email: evan.nelson@tuckerellis.com
Email: timothy.connor@tuckerellis.com

Attorneys for Defendant
RELIANCE ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEMASTER and CAROLYN LEMASTER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>Defendants. | CASE NO.<br><br>CERTIFICATION OF INTERESTED PARTIES |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16, RELIANCE ELECTRIC COMPANY ("RELIANCE") states that it is a wholly owned subsidiary of Baldor Electric Company. However, Baldor does not have a pecuniary interest in the outcome of this case.

The undersigned, counsel for RELIANCE, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Rockwell Automation, Inc.

---
1
CERTIFICATION OF INTERESTED PARTIES

SFOiManage/11443/00010/158906/1

1  DATED: July 9, 2008                    TUCKER ELLIS & WEST LLP
2
3
4                                          By: _____
                                               Evan C. Nelson
5                                              Timothy C. Connor
                                               Attorneys for Defendant RELIANCE
6                                              ELECTRIC COMPANY
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2
                    CERTIFICATION OF INTERESTED PARTIES
SFOiManage/11443/00010/158906/1