1  TUCKER ELLIS & WEST LLP
   EVAN NELSON (SBN 172957)
2  TIMOTHY C. CONNOR (SBN 236529)
   135 Main Street, Suite 700
3  San Francisco, CA 94105
   Telephone: (415) 617-2400
4  Facsimile: (415) 617-2409
   Email: evan.nelson@tuckerellis.com
5  Email: timothy.connor@tuckerellis.com

6  Attorneys for Defendant
   RELIANCE ELECTRIC COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  HARRY LEMASTER and CAROLYN         )  Case No. CV 08 3316
    LEMASTER,                          )
12                                     )  DEFENDANT RELIANCE ELECTRIC
                 Plaintiffs,           )  COMPANY'S NOTICE OF TAG-ALONG
13                                     )  ACTION
         v.                            )
14                                     )  Multi-District Rule 7.5(e)
    ALLIS-CHALMERS CORPORATION         )
15  PRODUCT LIABILITY TRUST, et al.,   )
                                       )
16               Defendants.           )

17

18       TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR

19  ATTORNEYS OF RECORD:

20       PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict

21  Litigation entered an order transferring all asbestos cases pending in federal court to the United

22  States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

23  proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-

24  along actions," or actions involving common questions of fact filed after the January 1991 filings

25  of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

26
         "Any party or counsel in actions previously transferred under
27       section 1407 or under consideration by the Panel for transfer under
         section 1407 shall promptly notify the Clerk of the Panel of any
28       potential "tag-along actions" in which that party is also named or

                                            1
                      RELIANCE ELECTRIC COMPANY'S NOTICE OF
                               TAG-ALONG ACTION

SFOiManage/11443/00010/158900/1

[Stamp: ORIGINAL FILED / JUL - 9 2008 / RICHARD W. WIEKING / CLERK U.S. DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: E-filing]

[Stamp: JCS]

in which that counsel appears."

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: July 9, 2008                    TUCKER ELLIS & WEST LLP

                                        By: _____
                                        Evan C. Nelson
                                        Timothy C. Connor
                                        Attorneys for Defendant RELIANCE
                                        ELECTRIC COMPANY