TUCKER ELLIS & WEST LLP
EVAN NELSON (SBN 172957)
TIMOTHY C. CONNOR (SBN 236529)
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
Email: evan.nelson@tuckerellis.com
Email: timothy.connor@tuckerellis.com

Attorneys for Defendant
RELIANCE ELECTRIC COMPANY

ORIGINAL FILED

JUL - 9 2008

E-filing

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRY LEMASTER and CAROLYN LEMASTER,

Plaintiffs,

v.

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,

Defendants.

CASE NO. CV 08 3316 JCS

CERTIFICATION OF RELATED CASES

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, defendant RELIANCE ELECTRIC COMPANY ("RELIANCE") hereby notifies the Court that the above-entitled action appears to involve all or a material part of the same subject matter as other actions which are pending in the United States District Court for the Eastern District of Pennsylvania, where all Federal Court asbestos personal injury actions have been centralized pursuant to the Order of the judicial panel on multi-district litigation for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").

In its MDL Transfer Order, the judicial panel found that the consolidated actions, similar to the instant case, dealt with common questions of fact relating to injuries or wrongful death

allegedly caused by exposure to asbestos, "'and that centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.'" *Fung v. Abex Corp.* 816 F.Supp. 569, 573 (N.D. Cal. 1992). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. See RELIANCE's Notice of Tag-Along Action filed concurrently herewith.

Accordingly, because the above-entitled case involves a claim for personal injuries allegedly caused by exposure to asbestos, RELIANCE requests that this action be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to the multi-district litigation procedures to conserve resources and promote an efficient determination of the action.

DATED: July 9, 2008                    TUCKER ELLIS & WEST LLP

                                       By: _____
                                           Evan C. Nelson
                                           Timothy C. Connor
                                           Attorneys for Defendant RELIANCE
                                           ELECTRIC COMPANY