

1
TUCKER ELLIS & WEST LLP
EVAN C. NELSON – STATE BAR NO. 172957
2
TIMOTHY C. CONNOR - STATE BAR NO. 236529
135 Main Street, Suite 700
3
San Francisco, California 94105
Telephone: (415) 617-2400
4
Facsimile: (415) 617-2409
Email: evan.nelson@tuckerellis.com
5
Email: timothy.connor@tuckerellis.com

6
Attorneys for Defendant
RELIANCE ELECTRIC COMPANY
7

8
**UNITED STATES DISTRICT COURT**
9
**NORTHERN DISTRICT OF CALIFORNIA**
10

11
HARRY LEMASTER and CAROLYN
LEMASTER,
12

13
                        Plaintiffs,

14
            v.

15
ALLIS-CHAMLERS CORPORATION
PRODUCT LIABILITY TRUST, et al
16

17
                        Defendants.

18

CASE NO. C 08-03316 JCS

**DEFENDANT RELIANCE ELECTRIC
COMPANY'S CERTIFICATE OF
SERVICE**

19
        I, Anna Pasynkova, certify and declare as follows:

20
        1.        I am employed with the law firm of Tucker Ellis & West LLP, whose address is

135 Main Street, Suite 700, San Francisco, California 94105.  I am over the age of 18 years, and
21

am not a party to the within action.
22

23
        2.        On July 14, 2008, I served on all interested parties in this action a copy of the

following documents:  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
24

AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE
25

JOSEPH C. SPERO; STANDING ORDER RE:  CASE MANAGEMENT CONFERENCE;
26

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF RULE
27

DISCONTINUING SERVICE BY MAIL; NOTICE OF TRIAL ASSIGNMENT TO UNITED
28

STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED

1
CERTIFICATE OF SERVICE

1  STATES MAGISTRATE JUDGE FOR TRIAL; GUIDELINES; CONSENTING TO A

2  MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF

3  CALIFORNIA by depositing it in the United States Mail.

4        3.    I placed a true copy thereof in a sealed envelope addressed as indicated on the

5  attached service list. As follows, I am readily familiar with the firm's practice of collection and

6  processing correspondence for mailing. It is deposited with the Unites States Postal Service on

7  that same day in the ordinary course of business with postage thereon fully prepaid. I am aware

8  that on motion of the party served, service is presumed invalid if postal cancellation date or

9  postage meter date is more than one day after date of deposit or mailing affidavit.

10        I declare under penalty of perjury that the foregoing is true and correct. Executed on July

11  14, 2008.

12

13

14                               ANNA PASYNKOVA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEOiManage/11443/00010/159301/1

1

## CERTIFICATE OF SERVICE

2

3          I, Anna Pasynkova, declare as follows:

4          I am employed with the law firm of Tucker Ellis & West LLP, whose address is 135 Main
Street, Suite 700, San Francisco, California  94105.  I am over the age of eighteen years, and am
5    not a party to the within action.

6          On July 14, 2008, I served the following documents:

7    **DEFENDANT RELIANCE ELECTRIC COMPANY'S CERTIFICATE OF
SERVICE**

8          on the interested parties in this action by:

9     __X__     **U. S. MAIL:** I placed a true copy thereof in a sealed envelope addressed as indicated
on the attached service list.  As follows, I am readily familiar with the firm's practice
10          of collection and processing correspondence for mailing.  It is deposited with the
Unites States Postal Service on that same day in the ordinary course of business with
11          postage thereon fully prepaid.  I am aware that on motion of the party served, service
is presumed invalid if postal cancellation date or postage meter date is more than one
12          day after date of deposit or mailing affidavit.

13    _____     **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill
No. _____.
14

_____     **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope
15          addressed to each addressee as indicated below, and caused such envelope(s) to be
delivered via _____.
16

_____     **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each
17          addressee as indicated below, and delivered it to _____ for personal service.

18    _____     **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s)
indicated below.  The facsimile machine I used complied with California Rules of
19          Court, Rule 2003 and no error was reported by machine.  Pursuant to California Rules
of Court, Rule 2006(d), I caused the machine to print a transmission record of the
20          transmission, a copy of which is attached to this declaration.

21                              **SEE ATTACHED SERVICE LIST**

22    _____     **(STATE):**  I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.
23

24
_X__     **(FEDERAL):** I declare that I am employed in the office of a member of the bar of
25          this court at whose direction the service was made.

26          Executed at San Francisco, California on July 14, 2008.

27

28                                                      _Anna Pasynkova_
                                                        Anna Pasynkova

                                   3
                         CERTIFICATE OF SERVICE
SFOiManage/11443/00010/159301/1

1

**SERVICE LIST**

2

BASSI, MARTINI, EDLIN & BLUM LLP
351 CALIFORNIA STREET
SUITE 200
SAN FRANCISCO, CA 94104

3

4

5

PERKINS COIE LLP
FOUR EMBARCADERO, SUITE 2400
SAN FRANCISCO, CA 94111

6

7

BRYDON HUGO & PARKER
135 MAIN STREET, 20TH FLOOR
SAN FRANCISCO, CA 94105

8

9

BRAYTON AND PURCELL LLP
ATTORNEYS AT LAW, PO BX 6169
222 RUSH LANDING ROAD
NOVATO, CA 94948

10

11

12

VASQUEZ ESTRADA & DUMONT LLP
COURTHOUSE SQUARE
1000 FOURTH STREET, SUITE 700
SAN RAFAEL, CA 94901

13

14

15

BASSI, MARTINI, EDLIN & BLUM, LLP
351 CALIFORNIA STREET
SUITE 200
SAN FRANCISCO, CA 94104

16

17

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 SECOND STREET,
SUITE 1700
SAN FRANCISCO, CA 94105

18

19

20

HASSARD BONNINGTON LLP
TWO EMBARCADERO CTR., # 1800
SAN FRANCISCO, CA 94111

21

22

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET,
STE. 1400
SAN FRANCISCO, CA 94104

23

24

25

JACKSON & WALLACE LLP
55 FRANCISCO STREET, 6TH FLOOR
SAN FRANCISCO, CA 94133

26

27

28

4

CERTIFICATE OF SERVICE

SFOiManage/11443/00010/159301/1

1   WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP
    601 MONTGOMERY ST., 9TH FLR.
2   SAN FRANCISCO, CA 941112612

3   KNOX RICKSEN, LLP
    1300 CLAY STREET, SUITE 500
4   OAKLAND, CA 946121427

5
    MCKENNA LONG & ALDRIDGE LLP
6   101 CALIFORNIA ST. 41ST FLOOR
    SAN FRANCISCO, CA 94111
7
    GORDON & REES LLP
8   EMBARCADERO CENTER WEST
    275 BATTERY STREET, 20TH FL
9   SAN FRANCISCO, CA 94111

10
    POND NORTH LLP
11  350 SOUTH GRAND AVENUE
    SUITE 2850
12  LOS ANGELES, CA 90071

13  PRINDLE, DECKER & AMARO LLP
    369 PINE STREET, STE 800
14  SAN FRANCISCO, CA 94104

15
    HOWARD ROME MARTIN & RIDLEY LLP
16  1775 WOODSIDE RD, STE 200
    REDWOOD CITY, CA 940613436
17

18

19

20

21

22

23

24

25

26

27

28

1   TUCKER ELLIS & WEST LLP
    EVAN C. NELSON – STATE BAR NO. 172957
2   TIMOTHY C. CONNOR - STATE BAR NO. 236529
    135 Main Street, Suite 700
3   San Francisco, California 94105
    Telephone:  (415) 617-2400
4   Facsimile:  (415) 617-2409
    Email: evan.nelson@tuckerellis.com
5   Email: timothy.connor@tuckerellis.com

6   Attorneys for Defendant
    RELIANCE ELECTRIC COMPANY

7

ORIGINAL FILED

JUL - 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JCS

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  HARRY LEMASTER and CAROLYN          CASE NO: CV 08 3316
    LEMASTER,
12
                                        **DEFENDANT RELIANCE ELECTRIC
13              Plaintiffs,              COMPANY'S CERTIFICATE OF
                                        SERVICE**
14        v.

15  ALLIS-CHAMLERS CORPORATION
    PRODUCT LIABILITY TRUST, et al
16
                Defendants.
17

18
        I, Anna Pasynkova, certify and declare as follows:
19
        1.      I am employed with the law firm of Tucker Ellis & West LLP, whose address is
20
    135 Main Street, Suite 700, San Francisco, California 94105.  I am over the age of 18 years, and
21
    am not a party to the within action.
22
        2.      On July 9, 2008, I served on all interested parties in this action a copy of the
23
    following documents:  DEFENDANT RELIANCE ELECTRIC COMPANY'S NOTICE OF
24
    REMOVAL OF ACTION UNDER 28 U.S.C. § 1442(A)(1) (GOVERNMENT CONTRACTOR
25
    IMMUNITY-ACTING UNDER DIRECTION OF FEDERAL OFFICERS); DEFENDANT
26
    RELIANCE ELECTRIC COMPANY'S NOTICE OF TAG-ALONG ACTION; DEFENDANT
27
    RELIANCE ELECTRIC COMPANY'S CERTIFICATION OF RELATED CASES; and
28
    DEFENDANT RELIANCE ELECTRIC COMPANY'S CERTIFICATION OF INTERESTED

                                        1
                            CERTIFICATE OF SERVICE
SFOiManage/11443/00010/159301/1

1 | PARTIES by depositing it in the United States Mail.

2 |       3.    I placed a true copy thereof in a sealed envelope addressed as indicated on the

3 | attached service list.  As follows, I am readily familiar with the firm's practice of collection and

4 | processing correspondence for mailing.  It is deposited with the Unites States Postal Service on

5 | that same day in the ordinary course of business with postage thereon fully prepaid.  I am aware

6 | that on motion of the party served, service is presumed invalid if postal cancellation date or

7 | postage meter date is more than one day after date of deposit or mailing affidavit.

8 |       I declare under penalty of perjury that the foregoing is true and correct.  Executed on July

9 | 9, 2008.

                                                  *Anna Pasynkova*

                                      ANNA PASYNKOVA

SFOiManage/11443/00010/159301/1

1

## CERTIFICATE OF SERVICE

2

3        I, Anna Pasynkova, declare as follows:

4        I am employed with the law firm of Tucker Ellis & West LLP, whose address is 135 Main Street, Suite 700, San Francisco, California  94105.  I am over the age of eighteen years, and am
5   not a party to the within action.

6        On July 9, 2008, I served the following documents:

7   **DEFENDANT RELIANCE ELECTRIC COMPANY'S CERTIFICATE OF SERVICE**

8        on the interested parties in this action by:

9    __X__    **U. S. MAIL:** I placed a true copy thereof in a sealed envelope addressed as indicated
         on the attached service list.  As follows, I am readily familiar with the firm's practice
10       of collection and processing correspondence for mailing.  It is deposited with the
         Unites States Postal Service on that same day in the ordinary course of business with
11       postage thereon fully prepaid.  I am aware that on motion of the party served, service
         is presumed invalid if postal cancellation date or postage meter date is more than one
12       day after date of deposit or mailing affidavit.

13   _____    **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill
         No. _____.
14

15   _____    **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope
         addressed to each addressee as indicated below, and caused such envelope(s) to be
         delivered via _____.
16

17   _____    **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each
         addressee as indicated below, and delivered it to _____ for personal service.

18   _____    **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s)
         indicated below.  The facsimile machine I used complied with California Rules of
19       Court, Rule 2003 and no error was reported by machine.  Pursuant to California Rules
         of Court, Rule 2006(d), I caused the machine to print a transmission record of the
20       transmission, a copy of which is attached to this declaration.

21                          **SEE ATTACHED SERVICE LIST**

22   _____    **(STATE):**  I declare under penalty of perjury under the laws of the State of California
         that the foregoing is true and correct.
23

24
     __X__    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of
25       this court at whose direction the service was made.

26        Executed at San Francisco, California on July 9, 2008.

27

28                          _Anna Pasynkova_
                          _____
                          Anna Pasynkova

                          3
                    CERTIFICATE OF SERVICE

SFOiManage/11443/00010/159301/1

1                              **SERVICE LIST**

2  BASSI, MARTINI, EDLIN & BLUM LLP
   351 CALIFORNIA STREET
3  SUITE 200
   SAN FRANCISCO, CA 94104
4

5  PERKINS COIE LLP
   FOUR EMBARCADERO, SUITE 2400
6  SAN FRANCISCO, CA 94111

7  BRYDON HUGO & PARKER
   135 MAIN STREET, 20TH FLOOR
8  SAN FRANCISCO, CA 94105

9
   BRAYTON AND PURCELL LLP
10 ATTORNEYS AT LAW, PO BX 6169
   222 RUSH LANDING ROAD
11 NOVATO, CA 94948

12 VASQUEZ ESTRADA & DUMONT LLP
   COURTHOUSE SQUARE
13 1000 FOURTH STREET, SUITE 700
   SAN RAFAEL, CA 94901
14

15 BASSI, MARTINI, EDLIN & BLUM, LLP
   351 CALIFORNIA STREET
16 SUITE 200
   SAN FRANCISCO, CA 94104
17

18 KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 SECOND STREET,
19 SUITE 1700
   SAN FRANCISCO, CA 94105
20

21 HASSARD BONNINGTON LLP
   TWO EMBARCADERO CTR., # 1800
   SAN FRANCISCO, CA 94111
22

23 LEWIS BRISBOIS BISGAARD & SMITH LLP
   ONE SANSOME STREET,
24 STE. 1400
   SAN FRANCISCO, CA 94104
25

26 JACKSON & WALLACE LLP
   55 FRANCISCO STREET, 6TH FLOOR
   SAN FRANCISCO, CA 94133
27

28

                                      4
                           CERTIFICATE OF SERVICE
SFOiManage/11443/00010/159301/1

1 | WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP
  | 601 MONTGOMERY ST., 9TH FLR.
2 | SAN FRANCISCO, CA 941112612

3 | KNOX RICKSEN, LLP
  | 1300 CLAY STREET, SUITE 500
4 | OAKLAND, CA 946121427

5 | MCKENNA LONG & ALDRIDGE LLP
6 | 101 CALIFORNIA ST. 41ST FLOOR
  | SAN FRANCISCO, CA 94111
7

8 | GORDON & REES LLP
  | EMBARCADERO CENTER WEST
9 | 275 BATTERY STREET, 20TH FL
  | SAN FRANCISCO, CA 94111
10

11 | POND NORTH LLP
   | 350 SOUTH GRAND AVENUE
   | SUITE 2850
12 | LOS ANGELES, CA 90071

13 | PRINDLE, DECKER & AMARO LLP
   | 369 PINE STREET, STE 800
14 | SAN FRANCISCO, CA 94104

15

16 | HOWARD ROME MARTIN & RIDLEY LLP
   | 1775 WOODSIDE RD, STE 200
   | REDWOOD CITY, CA 940613436
17

18

19

20

21

22

23

24

25

26

27

28

5
CERTIFICATE OF SERVICE

SFOiManage/11443/00010/159301/1