MICHAEL PIETRYKOWSKI (SBN 118677)
MPIETRYKOWSKI@GORDONREES.COM
JAMES SCADDEN (SBN 90127)
JSCADDEN@GORDONRESS.COM
GLEN R. POWELL (SBN 219453)
GPOWELL@GORDONREES.COM
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054

Attorneys For Defendant
LESLIE CONTROLS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEMASTER and CAROLYN LEMASTER,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIS CHALMBERS CORPORATION PRODUCT LIABILITY TRUST, *et al.*,<br><br>Defendants. | CASE NO. 08-cv-03316-JCS<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS (L.R. 7.1-1)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

In connection with its Joinder in the Notice of Removal of Reliance Electric Company pursuant to 28 U.S.C. § 1442, LESLIE CONTROLS, INC. ("Leslie") hereby states the following:.

Pursuant to Federal Rules of Civil Procedure Rule 7.1-1, the undersigned certifies that as of this date, other than the named parties and Columbia Casualty Insurance Company, Zurich International, Circor International and New Jersey Manufacturing, there is no pecuniary interest to report.

Dated: July 17, 2008

GORDON & REES LLP
By: _____
GLEN R. POWELL
Attorneys for Defendants
LESLIE CONTROLS, INC.