1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  HARRY LEMASTER and CAROLYN
    LEMASTER                                   No. C  V 08-3316 JCS
12
         Plaintiff(s),                         **DECLINATION TO PROCEED BEFORE**
13                                             **A MAGISTRATE JUDGE**
    v.                                         **AND**
14  ALLIS-CHAMLERS CORPORATION                 **REQUEST FOR REASSIGNMENT TO A**
    PRODUCT LIABILITY TRUST, et al.            **UNITED STATES DISTRICT JUDGE**
15
         Defendant(s).
16  _____/

17
          REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
          The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21

22
    Dated: 7/17/08                              Signature _____
23
                                                Counsel for  Plaintiffs - LeMaster
24                                              (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28

# PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On July 17, 2008 I served the attached:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Harry LeMaster, et al. v. Allis-Chamlers Corp. Product Liability Trust, et al.
U.S.D.C -Northern Dist. Case No CV 08-3316

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**RELIANCE ELECTRIC CO.**
Evan C. Nelson, Esq.
Timothy Conner, Esq.
Tucker Ellis & West LLP
135 Main Street, Ste. 700
San Francisco, CA 94105
(415) 617-2400

  __XXX__  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **July 17, 2008** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_/s/ Jane A. Ehni_
JANE A. EHNI

BRAYTON◆PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD  1