TUCKER ELLIS & WEST LLP
EVAN NELSON (SBN 172957)
TIMOTHY C. CONNOR (SBN 236529)
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
Email: evan.nelson@tuckerellis.com
Email: timothy.connor@tuckerellis.com

Attorneys for Defendant
CARRIER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEMASTER and CAROLYN LEMASTER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>　　　　Defendants. | CASE NO. 2008CV03316<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16, CARRIER CORPORATION certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: United Technologies Corporation, the parent company of Carrier Corporation; and Travelers Insurance Company, an insurance carrier that may have issued insurance providing coverage for

1 | the incident which is the subject of this lawsuit.

5 | DATED: July 25, 2008

TUCKER ELLIS & WEST LLP

By: /s/ Timothy C. Connor
Evan C. Nelson
Timothy C. Connor
Attorneys for Defendant
CARRIER CORPORATION

2
CERTIFICATION OF INTERESTED PARTIES

SFOiManage/011425/001712/159754/1