```
1   TUCKER ELLIS & WEST LLP
    EVAN NELSON (SBN 172957)
2   TIMOTHY C. CONNOR (SBN 236529)
    135 Main Street, Suite 700
3   San Francisco, CA 94105
    Telephone:  (415) 617-2400
4   Facsimile:  (415) 617-2409
    Email:  evan.nelson@tuckerellis.com
5   Email:  timothy.connor@tuckerellis.com

6   Attorneys for Defendant
    ROCKWELL AUTOMATION, INC.
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| HARRY LEMASTER and CAROLYN LEMASTER, | CASE NO. 2008CV03316 |
|---|---|
| Plaintiffs, | CERTIFICATION OF INTERESTED PARTIES |
| v. | |
| ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16, ROCKWELL AUTOMATION, INC. ("ROCKWELL") states that it has no parent corporation.

The undersigned, counsel for ROCKWELL, certifies that the following listed party may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or refusal.

//
//

---
1
CERTIFICATION OF INTERESTED PARTIES

1 |     Nationwide Indemnity Company is an insurance carrier that may have issued insurance
2 | providing coverage for the incident which is the subject of this lawsuit.

DATED: July 25, 2008

TUCKER ELLIS & WEST LLP

By: _____
Evan C. Nelson
Timothy C. Connor
Attorneys for Defendant ROCKWELL AUTOMATION, INC.