1  ALAN R. BRAYTON, ESQ., S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  RICHARD M. GRANT, ESQ., S.B. #55677
   BRAYTON❖PURCELL LLP
3  ATTORNEYS AT LAW
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  HARRY LEMASTER and CAROLYN          )    No. C08-3316 PJH
    LEMASTER,                           )
12                                      )    PROOF OF SERVICE: BY MAIL
                                        )
          Plaintiffs,                   )
13                                      )
    vs.                                 )    Date:  September 17, 2008
14                                      )    Time:  9:00 a.m.
    ALLIS-CHALMERS CORPORATION          )    Dept:  3, 17th Floor
15  PRODUCT LIABILITY TRUST, et al.,    )
                                        )
16        Defendants.

17

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
415-898-1555

K:\Injured\109521\FED-prop-ord-Remand.wpd                    1
PROOF OF SERVICE: BY MAIL

1

PROOF OF SERVICE

2  **Harry LeMaster, et al. v. Allis-chalmers Corp. Product Liability Trust**
**U.S.D.C. Northern Dist., C08-3316 PJH**

3

4  I am employed in the County of Marin, State of California. I am over the age of 18
years and am not a party to the within action. My business address is 222 Rush Landing Road,
Novato, California 94948-6169.

5

6  On August 8, 2008 I served the attached:

7  **NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA
SUPERIOR COURT, TO STRIKE DECLARATION OF THOMAS F. McCAFFERY,
AND FOR PAYMENT OF FEES AND COSTS; MEMORANDUM OF POINTS AND
AUTHORITIES**

8

9  **DECLARATION OF RICHARD M. GRANT IN SUPPORT OF MOTION TO REMAND
CASE TO CALIFORNIA SUPERIOR COURT**

10

11  **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope,
and each envelope addressed as follows:

12

13  **Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830    510-433-1836 (fax)
**Defendants:**
   Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Martini, Edlin & Blum**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006    415-397-1339 (fax)
**Defendants:**
   Hopeman Brothers, Inc. (HOPE)
   J.T. Thorpe & Son, Inc.
(THORPE)
   Parker-Hannifin Corporation
(PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117 (fax)
**Defendants:**
   Berry & Berry (B&B)

14

15

16

17

18

19

20  **Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300    415-808-0333 (fax)
**Defendants:**
   Foster Wheeler LLC (FKA Foster
Wheeler Corporation) (FOSTER)
   Union Carbide Corporation
(UNIONC)

**Filice, Brown, Eassa & McLeod
LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131    510-839-7940 (fax)
**Defendants:**
   General Motors Corporation (GM)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900    415-986-8054 (fax)
**Defendants:**
   Actuant Corporation (ACTCOR)
   Goodyear Tire & Rubber Company,
The (GOODYR)
   Ingersoll-Rand Company
(INGRSL)
   Leslie Controls, Inc. (LESCON)

21

22

23

24

25

26

27

28

BRAYTON◆PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  John Crane, Inc. (CRANE)
  Pep Boys Manny Moe & Jack of
California, The (PEPBOY)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
  Eaton Electrical Inc. (EATELE)
  IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
  General Dynamics Corporation
(GENDYN)

**Kirkpatrick & Lockhart Preston Gates Ellis LLP**
55 Second Street
Suite 1700
San Francisco, CA 94105
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)
  Square D Company (SQUARE)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product
Liability Trust (ALLIS)

**Kronish Lieb Weiner & Hellman, LLP**
Attn: Charles Shaw, Esq.
1114 Avenue o the Americas
New York, NY 10036-7798
212-479-6000   212-479-6275 (fax)
**Defendants:**
  Montgomery Ward & Company,
Inc. (MWARDS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Garlock Sealing Technologies, LLC
(GARLCK)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
  Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Metalclad Insulation Corporation
(METALC)

**Palmer, John L.**
NachmanHaysBrownstein, Inc.
822 Montgomery Ave, Suite 204
Narberth, PA 19072
610-660-0060   610-644-7298 (fax)
**Defendants:**
  Montgomery Ward & Company,
Inc. (MWARDS)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc.
(HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Stickle Steam Specialties Co Inc
(STISTE)
  Trane US, Inc. fka American
Standard, Inc. (AMSTAN)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900    415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000    415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation
(RAPID)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400    415-617-2409 (fax)
**Defendants:**
  Carrier Corporation (CARRCP)
  Reliance Electric Company
(REICMP)
  Rockwell Automation, Inc.
(ROCAUT)

**Vasquez, Estrada & Dumont, LLP.**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555    415-453-0549 (fax)
**Defendants:**
  Lamons Gasket Company
(LAMONS)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072    415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc.
(DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990    415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited
(ASBLTD)

<u>XXX</u>  BY OFFICE MAILING:  I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **August 8, 2008** at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

JANE EHNI