FRANK D. POND (BAR NO. 126191)
KEVIN D. JAMISON (BAR NO. 222105)
kjamison@pondnorth.com
JENN N. CRITTONDON (BAR NO. 215347)
jcrittondon@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
Telephone:   (213) 617-6170
Facsimile:    (213) 623-3594

Attorneys for Defendant CBS CORPORATION, a Delaware corporation, fka Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, fka Westinghouse Electric Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA -

| | |
|---|---|
| HARRY LeMASTER and CAROLYN LeMASTER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>Defendants. | Case No: C 08-3316 PJH<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:   Honorable Phyllis J. Hamilton<br><br>Dept:   3 |

Defendant CBS CORPORATION, a Delaware corporation, fka Viacom, Inc., successor by merger with CBS Corporation, a Pennsylvania corporation, fka Westinghouse Electric Corporation hereby demands a trial by jury.

DATED: August 11, 2008

POND NORTH LLP
KEVIN D. JAMISON
JENN N. CRITTONDON

By: _____
KEVIN D. JAMISON
Attorneys for Defendant CBS CORPORATION, a Delaware corporation, fka Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, fka Westinghouse Electric Corporation

1
DEMAND FOR JURY TRIAL

4520-2180-347740.1

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 350 South Grand Avenue, Suite 2850, Los Angeles, CA 90071.

On August 15, 2008, I served the following document(s): **DEMAND FOR JURY TRIAL** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows, to be served by either First Class Mail or by e-mail (as so registered with the Northern District of California), on all counsel of record in this case as reflected in the attached service list.

Executed: August 15, 2008.

☒ (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Judith L. Engler*
Judith L. Engler
4520-2089

# MASTER SERVICE LIST

## *LeMaster, Harry and Carolyn v. CBS Corporation, etc., et al.*

USDC, Northern District of California Case No. CV08-0366-PJH

### Parties Accepting E-Service

| PARTIES | COUNSEL |
|---|---|
| **Plaintiffs**<br>Harry Lemaster<br>Carolyn Lemaster | David R. Donadio<br>BRAYTON PURCELL LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169<br>Telephone: (415) 8981555<br>Facsimile: (415) 898-1247<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>John B. Goldstein<br>BRAYTON PURCELL LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Richard Martin Grant<br>BRAYTON PURCELL LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169<br>Telephone: (415) 8981555<br>Facsimile: (415) 898-1247<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>CBS Corporation | Frank D. Pond<br>POND NORTH LLP<br>350 South Grand Avenue, Suite 2850<br>Los Angeles, CA 90071<br>Telephone: (213) 617-6170<br>Facsimile: (213) 623-3594<br>*LEAD ATTORNEY*<br><br>Kevin D. Jamison |

| | PARTIES | COUNSEL |
|---|---|---|
| | | POND NORTH LLP<br>350 South Grand Avenue, Suite 2850<br>Los Angeles, CA  90071<br>Telephone:  (213) 617-6170<br>Facsimile:  (213) 623-3594<br>Email:  kjamison@pondnorth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jennifer N. Crittondon<br>POND NORTH LLP<br>505 Montgomery Street, 13th Floor<br>San Francisco, CA 94111-2585<br>Telephone:  (415) 217-1240<br>Facsimile:  (415) 394-0484<br>Email:  jcrittondon@pondnorth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Reliance Electric Company (REICMP) | Evan Craig Nelson<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone:  (415) 617-2400<br>Facsimile:  (415) 617-2409<br>Email:  evan.nelson@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY  TO BE NOTICED*<br><br>Timothy Colin Connor<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone:  (415) 617-2400<br>Facsimile:  (415) 617-2409<br>Email:  timothy.connor@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Leslie Controls, Inc. | James G. Scadden<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:  (415) 986-5900<br>Facsimile:  (415) 986-8054<br>Email:  jscadden@gordonrees.com<br>*LEAD ATTORNEY* |

| PARTIES | COUNSEL |
|---|---|
| | *ATTORNEY TO BE NOTICED*<br><br>Michael J. Pietrykowski<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br><br>Email: mpietrykowski@gordonrees.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Glen R. Powell<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br><br>Email: GPowell@gordonrees.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Carrier Corporation (CARRCP) | Evan Craig Nelson<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone: (415) 617-2400<br>Facsimile: (415) 617-2409<br>Email: evan.nelson@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy Colin Connor<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone: (415) 617-2400<br>Facsimile: (415) 617-2409<br>Email: timothy.connor@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| PARTIES | COUNSEL |
|---|---|
| | Lillian C. Ma<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone: (415) 617-2400<br>Facsimile: (415) 617-2409<br>Email: lillian.ma@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Rockwell Automation, INC. (ROCAUT) | Evan Craig Nelson<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone: (415) 617-2400<br>Facsimile: (415) 617-2409<br>Email: evan.nelson@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy Colin Connor<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone: (415) 617-2400<br>Facsimile: (415) 617-2409<br>Email: timothy.connor@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Lillian C. Ma<br>TUCKER ELLIS & WEST LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Telephone: (415) 617-2400<br>Facsimile: (415) 617-2409<br>Email: lillian.ma@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Stickle Steam Specialties CO., INC. (STISTE) | Grace Chen Mori |

| PARTIES | COUNSEL |
|---|---|
| TRANE US, Inc., fka American Standard, Inc. (AMSTAN) | PRINDLE DECKER & AMARO LLP<br>310 Golden Shore<br>Fourth Floor<br>P.O. Box 22711<br>Long Beach, CA 90802<br>Telephone: (562) 436-3946<br>Facsimile: (562) 495-0564<br>Email: gmori@pdalaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Thomas Alan Steig<br>PRINDLE DECKER & AMARO LLP<br>310 Golden Shore<br>Fourth Floor<br>P.O. Box 22711<br>Long Beach, CA 90802<br>Telephone: (562) 436-3946<br>Facsimile: (562) 495-0564<br>Email: tsteig@pdalaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

### Parties Being Served By Mail

| PARTIES | COUNSEL |
|---|---|
| Allis-Chalmers Corporation Product Liability Trust (ALLIS) | KNOX RICKSEN LLP<br>1300 Clay Street, Suite 500<br>Oakland, CA 94612-1427 |
| Crown Cork & Seal Company, Inc. (CC&S) | ARMSTRONG & ASSOCIATES, LLP<br>One Kaiser Plaza, Suite 265<br>Oakland, CA 94612 |
| Hopeman Brothers, Inc. (HOPE)<br>J.T. Thorpe & Sons, Inc. (THORPE)<br>Parker-Hannifin Corporation (PARKHF) | BASSI, MARTINI, EDLIN & BLUM<br>351 California Street, Suite 200<br>San Francisco, CA 94104 |
| Berry & Berry (B&B) | BERRY & BERRY<br>P. O. Box 16070<br>2930 Lakeshore Avenue<br>Oakland, CA 94610 |
| Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)<br>Union Carbide Corporation (UNIONC) | BRYDON HUGO & PARKER<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105 |

7
DEMAND FOR JURY TRIAL
4520-2180-3477401

| | | |
|---|---|---|
| 1 2 | General Motors Corporation (GM) | FILICE, BROWN, EASSA & MCLEOD LLP<br>1999 Harrison Street, 18th Floor<br>Oakland, CA 94612-0850 |
| 3 4 5 | Actuant Corporation (ACTCOR)<br>Goodyear Tire & Rubber Company, The (GOODYR)<br>Ingersoll-Rand Company (INGRSL)<br>Leslie Controls, Inc. (LESCON) | GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111 |
| 6 7 | John Crane, Inc. (CRANE)<br>Pep Boys Manny Moe & Jack of California, The (PEPBOY) | HASSARD BONNINGTON LLP<br>Two Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111 |
| 8 9 | Eaton Electrical Inc. (EATELE)<br>IMO Industries, Inc. (IMOIND0 | HOWARD ROME MARTIN & RIDLEY<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061 |
| 10 11 12 | General Dynamics Corporation (GENDYN) | JACKSON & WALLACE<br>55 Francisco Street<br>Sixth Floor<br>San Francisco, CA 94133 |
| 13 14 15 | Crane Co. (CRANCO)<br>Square D Company (SQUARE) | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>55 Second Street<br>Suit 1700<br>San Francisco, CA 94105 |
| 16 17 18 | Montgomery Ward & Company, Inc. (MWARDS) | KRONISH LIEB WEINER & HELLMAN, LLP<br>Attn: Charles Shaw, Esq.<br>1114 Avenue of the America<br>New York, NY 10036-7798 |
| 19 20 | Garlock Sealing Technologies, LLC (GARLICK) | LAW OFFICES OF GLASPY & GLASPY<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596 |
| 21 22 | Uniroyal Holding, Inc. | LAW OFFICES OF NANCY E. HUDGINS<br>565 Commercial, 4th Floor<br>San Francisco, CA 94111 |
| 23 24 25 | Plant Insulation Company (PLANT) | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street<br>Suite 1400<br>San Francisco, CA 94104 |
| 26 27 | Metalclad Insulation Corporation (METALC) | MCKENNA LONG & ALDRIDGE<br>101 California Street<br>41st Floor<br>San Francisco, CA 94111 |
| 28 | Montgomery Ward & Company, Inc. | John L. Palmer |

8

DEMAND FOR JURY TRIAL

4520-2180-347740.1

| | | |
|---|---|---|
| 1 | (MWARDS) | NACHMAN HAYS BROWNSTEIN, INC.<br>822 Montgomery Ave., Suite 204<br>Narberth, PA 19072 |
| 2 | Honeywell International, Inc. (HONEYW) | PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 |
| 3 | OWENS-ILLINOIS, INC. (OI) | SCHIFF HARDIN LLP<br>One Market Plaza<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105 |
| 4 | GENERAL ELECTRIC (GE) | SEDGWICK, DETERT, MORAN & ARNOLD<br>One Market Plaza<br>Spear Street Tower, 8th Floor<br>San Francisco, CA 94105 |
| 5 | Rapid-American Corporation (RAPID) | SONNENSCHEIN NATH & ROSENTHAL, LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708 |
| 6 | Lamons Gasket Company (LAMONS) | VASQUEZ, ESTRADA & DUMONT, LLP<br>COURTHOUSE SQUARE<br>1000 Fourth Street, Suite 700<br>San Rafael, CA 94901 |
| 7 | Quintec Industries, Inc. (QUINTC)<br>Thomas Dee Engineering Co., (DEE) | WALSWORTH, FRANKLIN, BEVINS & MCCALL<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111 |
| 8 | Asbestos Corporation Limited (ASBLTD) | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725 |