1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  RICHARD M. GRANT, ESQ., S.B. #55677
   BRAYTON❖PURCELL LLP
3  222 Rush Landing Road
   PO Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 Fax

6  Attorneys for Plaintiffs

7

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12
   HARRY LEMASTER and CAROLYN            )   No.  C 08-3316 PJH
13 LEMASTER,                             )
                                         )   NOTICE OF DISMISSAL OF
14            Plaintiffs,                 )   DEFENDANT STICKLE STEAM
                                         )   SPECIALTIES CO., INC.
15                                       )   (FRCP 41(a)(1)(A)(i))
                                         )
16 vs.                                   )
                                         )   Date: September 17, 2008
17 ALLIS-CHALMERS CORPORATION            )   Time: 9:00 a.m.
   PRODUCT LIABILITY TRUST, et al.,      )   Dept.: 3, 17ᵗʰ Floor
18                                       )
              Defendants.                )
19 _____/

20
         TO THE CLERK OF THE COURT:
21
         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs hereby dismiss
22
   their complaint against defendant STICKLE STEAM SPECIALTIES CO., INC. only.
23
   Each party shall bear their own costs.
24
   Dated: August 22, 2008                     BRAYTON❖PURCELL LLP
25

26 8/25/08

27                                            By _____
                                                 Richard M. Grant
28                                               Attorneys for Plaintiffs
                                                 HARRY LEMASTER and CAROLYN
                                                 LEMASTER

   IT IS SO ORDERED
   Judge Phyllis J. Hamilton

K:\Injured\109521\Fed-fs\original                      1
NOTICE OF DISMISSAL OF DEFENDANT STICKLE STEAM SPECIALTIES CO., INC.; C08-3316PJH

<u>PROOF OF SERVICE BY MAIL</u>

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1324 Rand Street, Petaluma, California 94954.

On August 22, 2008, I served the within:

**NOTICE OF DISMISSAL OF DEFENDANT STICKLE STEAM SPECIALTIES CO., INC., (FRCP 41(a)(1)(A)(i))**

on the interested parties in this action by transmitting a true copy thereof in the following manner.

I placed in a sealed envelope, postage thereon prepaid, addressed and served as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST.**

BY MAIL SERVICE:        I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

Executed August 22, 2008 at Petaluma, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jane Ehni

<u>Harry LeMaster, et al. v Asbestos Defs.</u>
USDC No. C08-3316 PJH

BRAYTON◆PURCELL, LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

Date Created: 8/22/2008-1:58:55 PM                    Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Live
Matter Number: 109521.001 - Harry LeMaster

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Martini, Edlin & Blum**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Foster Wheeler LLC (FKA Foster Wheeler
Corporation) (FOSTER)
  Union Carbide Corporation (UNIONC)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
**Defendants:**
  General Motors Corporation (GM)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Actuant Corporation (ACTCOR)
  Goodyear Tire & Rubber Company, The
(GOODYR)
  Ingersoll-Rand Company (INGRSL)
  Leslie Controls, Inc. (LESCON)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  John Crane, Inc. (CRANE)
  Pep Boys Manny Moe & Jack of
California, The (PEPBOY)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
  Eaton Electrical Inc. (EATELE)
  IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
  General Dynamics Corporation
(GENDYN)

**Kirkpatrick & Lockhart Preston Gates
Ellis LLP**
55 Second Street
Suite 1700
San Francisco, CA 94105
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)
  Square D Company (SQUARE)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product
Liability Trust (ALLIS)

**Kronish Lieb Weiner & Hellman, LLP**
Attn: Charles Shaw, Esq.
1114 Avenue o the Americas
New York, NY 10036-7798
212-479-6000   212-479-6275 (fax)
**Defendants:**
  Montgomery Ward & Company, Inc.
(MWARDS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Garlock Sealing Technologies, LLC
(GARLCK)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
  Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Metalclad Insulation Corporation
(METALC)

**Palmer, John L.**
NachmanHaysBrownstein, Inc.
822 Montgomery Ave, Suite 204
Narberth, PA 19072
610-660-0060   610-644-7298 (fax)
**Defendants:**
  Montgomery Ward & Company, Inc.
(MWARDS)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

Date Created: 8/22/2008-1:58:55 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 109521.001 - Harry LeMaster

Run By : Ehni, Jane (JAE)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Trane US, Inc. fka American Standard, Inc.
(AMSTAN)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Carrier Corporation (CARRCP)
  Reliance Electric Company (REICMP)
  Rockwell Automation, Inc. (ROCAUT)

**Vasquez, Estrada & Dumont, LLP.**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
  Lamons Gasket Company (LAMONS)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman &**
**Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)

**Prindle, Decker & Amaro**
369 Pine Street, Ste. 800
San Francisco, CA 94104
415-788-8354
**Defendants:**
  Stickle Steam Specialties Co.

Clerk - Jeffery N. Luthi
United States Judicial Panel on Multidistrict
Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Jud. Bldg.
Rm G-255, North Lobby
Washington, D.C. 20002