1  TUCKER ELLIS & WEST LLP
   EVAN C. NELSON - STATE BAR NO. 172957
2  TIMOTHY C. CONNOR - STATE BAR NO. 236529
   135 Main Street, Suite 700
3  San Francisco, California 94105
   Telephone: (415) 617-2400
4  Facsimile: (415) 617-2409
   Email: evan.nelson@tuckerellis.com
5  Email: timothy.connor@tuckerellis.com

6  Attorneys for Defendant
   RELIANCE ELECTRIC COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | HARRY LEMASTER and CAROLYN      | Case No. C 08-3316 PJH
   | LEMASTER,                       |
12 |                                 |
   |        Plaintiffs,              | REQUEST FOR JUDICIAL NOTICE IN
13 |                                 | SUPPORT OF DEFENDANT RELIANCE
   | v.                              | ELECTRIC COMPANY'S OPPOSITION
14 |                                 | TO MOTION TO REMAND
   | ALLIS-CHALMERS CORPORATION      |
15 | PRODUCT LIABILITY TRUST, et al  | Date: September 17, 2008
   |                                 | Time: 9:00 a.m.
16 |        Defendants.              | Dept.: 3, 17th Floor

17       Reliance Electric Company ("Reliance") hereby submits a Request for Judicial Notice

18 through application of Federal Rule of Evidence 201.

19       1.    That the affidavit of Affidavit of Admiral Ben J. Lehman, which is attached to the

20 Declaration of Evan C. Nelson is a true and correct copy of the same affidavit submitted in the

21 case of <u>Machnik v. Buffalo Pumps</u>, 506 F.Supp.2d 99, 103-104 (D.Conn.2007).

22

23 DATED: August 27, 2008                        TUCKER ELLIS & WEST LLP

24

25
                                                By: _____
26                                                  Evan C. Nelson
                                                    Attorneys for Defendant
27                                                  RELIANCE ELECTRIC COMPANY

28
                                          1
                             REQUEST FOR JUDICIAL NOTICE
                               CASE NO. C 08-3316 PJH