1  TUCKER ELLIS & WEST LLP
   EVAN C. NELSON - STATE BAR NO. 172957
2  TIMOTHY C. CONNOR - STATE BAR NO. 236529
   135 Main Street, Suite 700
3  San Francisco, California 94105
   Telephone: (415) 617-2400
4  Facsimile: (415) 617-2409
   Email: evan.nelson@tuckerellis.com
5  Email: timothy.connor@tuckerellis.com

6  Attorneys for Defendant
   RELIANCE ELECTRIC COMPANY

7

8

9                  **UNITED STATES DISTRICT OF COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12                                          Case No.  C 08-3316 PJH
   HARRY LEMASTER and CAROLYN
13 LEMASTER,                                **[PROPOSED] ORDER DENYING**
                                            **PLAINTIFFS' MOTION FOR REMAND**
14            Plaintiffs,
                                            Date:  September 17, 2008
15 v.                                       Time:  9:00 a.m.
                                            Dept.: 3, 17th Floor
16 ALLIS-CHALMERS CORPORATION
   PRODUCT LIABILITY TRUST, et al
17
              Defendants.
18

19        Having considered the papers and arguments submitted in support, in opposition and in

20 reply to Plaintiff's Motion to Remand Case to the California Superior Court, County of San

21 Francisco, and good cause appearing:

22        IT IS HEREBY ORDERED that the Motion is DENIED and this case remains venued in

23 the United States District Court for the Northern District of California.  Plaintiff's request for

24 attorneys' fees and costs pursuant to 28 U.S.C. section 1447(c) is DENIED.

25

26 Dated: _____         _____
27                                                UNITED STATES DISTRICT

28

SFOiManage/011443/000010/160466/1