

TUCKER ELLIS & WEST LLP
EVAN C. NELSON – STATE BAR NO. 172957
LANCE D. WILSON STATE BAR NO. 183852
TIMOTHY C. CONNOR - STATE BAR NO. 236529
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
Email: evan.nelson@tuckerellis.com
Email: timothy.connor@tuckerellis.com

Attorneys for Defendant
RELIANCE ELECTRIC COMPANY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEMASTER and CAROLYN LEMASTER, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIS-CHAMLERS CORPORATION PRODUCT LIABILITY TRUST, et al <br><br> Defendants. | Case No. C 08 03316 PJH <br><br> **JOINT STIPULATION TO DISMISS DEFENDANT RELIANCE ELECTRIC COMPANY AND TO REMAND ACTION TO STATE COURT** AND ORDER <br><br> **[Local Rules 7-1 and 7-12; FRCP 41]** |

Come now Plaintiffs HARRY LEMASTER and CAROLYN LEMASTER ("Plaintiffs") and Defendant RELIANCE ELECTRIC COMPANY ("RELIANCE"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant RELIANCE removed this case to the United States District Court for the Northern District of California on July 9, 2008, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff's allegations that his injury was caused by products designed and manufactured by RELIANCE under the supervision and control of the United States government;

WHEREAS, Defendant RELIANCE was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

1

STIPULATION
CASE NO. C 08-03317 PH

SFOiManage/074908/000541/160213/1
011443 000010 161941 1

1    WHEREAS, Plaintiffs and Defendant RELIANCE, the affected parties, have now

2   reached a resolution of Plaintiffs' claims against RELIANCE;

3    WHEREAS, Defendant RELIANCE's desire for a federal forum for this action is now

4   moot given the resolution of Plaintiffs' claims against it; and

5    WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant RELIANCE

6   seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected

7   parties, Plaintiffs and Defendant RELIANCE, that all claims against Defendant RELIANCE

8   shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of

9   Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San

10   Francisco County Superior Court, the court in which it was originally filed and from which it

11   was removed.

12   DATED: November 3, 2008          BRAYTON PURCELL

13

14                                             By: _____

15                                             Richard Grant
                                               Attorneys for Plaintiffs
16                                             HARRY AND CAROLYN LEMASTER

17

18   DATED: November ___, 2008          TUCKER ELLIS & WEST LLP

19

20

21                                             By: _____
                                               Lance Wilson
                                               Attorneys for Defendant
22                                             RELIANCE ELECTRIC COMPANY

23

24

25

26

27

28
                                          2
                                      STIPULATION
                                 CASE NO. C 08-03317 PH

1    WHEREAS, Plaintiffs and Defendant RELIANCE, the affected parties, have now

2  reached a resolution of Plaintiffs' claims against RELIANCE;

3    WHEREAS, Defendant RELIANCE's desire for a federal forum for this action is now

4  moot given the resolution of Plaintiffs' claims against it; and

5    WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant RELIANCE

6  seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected

7  parties, Plaintiffs and Defendant RELIANCE, that all claims against Defendant RELIANCE

8  shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of

9  Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San

10  Francisco County Superior Court, the court in which it was originally filed and from which it

11  was removed.

12  DATED:  October ___, 2008                    BRAYTON PURCELL

13

14

15                                              By: _____
                                                   Richard Grant
16                                                 Attorneys for Plaintiffs
                                                   HARRY AND CAROLYN LEMASTER
17

18  DATED:  November 3, 2008                    TUCKER ELLIS & WEST LLP

19

20

21                                              By: _____
                                                   Lance Wilson
22                                                 Attorneys for Defendant
                                                   RELIANCE ELECTRIC COMPANY

23

24

25

26

27

28

STIPULATION
CASE NO.  C 08-03317 PH

SFOiManage/074908/000541/160213/1
011443 000010 161941 1

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   Case is REMANDED to the

2   Superior Court of California, County of San Francisco, Case. No. 274669.   The Clerk shall send

3   a certified copy of this Order to the Clerk of the Court for the Superior Court of California,

4   County of San Francisco.

5

6   Dated: November ___7___, 2008          By: _____

7                                              IT IS SO ORDERED

8                                              Judge Phyllis J. Hamilton

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
3
STIPULATION
CASE NO.  C 08-03317 PH

SFOiManage/074908/000541/160213/1
011443 000010 161941 1